IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**JAMES ALLEN MORRIS,**                                                                **PETITIONER**
REG. # 11614-042

v.            **CASE NO. 2:10CV00182 BSM/JJV**

**T. C. OUTLAW,**                                                                     **RESPONDENT**
**Warden, FCI-Forrest City**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that Morris's petition is DISMISSED WITH PREJUDICE.

Dated this 12th day of October 2011.

                                                                                        UNITED STATES DISTRICT JUDGE