IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**JAMES ALLEN MORRIS,**  **PETITIONER**
REG. # 11614-042

v.   CASE NO. 2:10CV00182 BSM/JJV

**T. C. OUTLAW,**  **RESPONDENT**
Warden, FCI-Forrest City

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied.

Dated this 12th day of October 2011.

_____
UNITED STATES DISTRICT JUDGE